First District of Texas

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 3 0 2015

CHRISTOPHER A. PRINE

CLERK

AE: 01-15-00543-CV          T.C. CASE# 2014-18121

David Conklin

v.

Henrietta Wright

Cause No 2014-18121

David Conklin                In the District Court of
v.                           Harris County, Tx.
Henrietta Wright             281st Judicial District

Appellant Conklin's 2nd Response to District Clerk's Contest, Pursuant to 28 § 1449; and or § 1450 / Addendum

28 §1449. State Court Record Supplied.

Where a party is entitled to copies of the records and proceedings in any state suit or prosecution in a state court, to be used in any District Court of the United States, and the clerk of such state court, upon demand, and payment or tender of the legal fees, fails to deliver certified copies, the District Court may, on affidavit or otherwise. Thereupon such proceedings, trial, and

1.

Judgement may be had in such District Court, and all such Process awarded, as if Certified Copies had been Filed in the District Court.

Appellant Conklin is Entitled to the Same Relief in State Appellant Court in the United States and under the (Admiralty) (United States) Flag, where, Appellant Conklin was Duly Convicted and Sentenced, loosing his 2nd Amendment, and 14th Amendment to the U.S. Constitution, Liberty, But Not Access to Court Rights to be Heard in a Court with Power to Hear All.

28 § 1450. Attachment or Sequestration; Securities

All Bonds, Undertakings, or Security Given by either Party in Such Action Prior to its Removal shall Remain Valid and Effectual Notwithstanding Such Removal.

> See: Plaintiff's Inability to Pay Cost Affidavit to Defendant's Requiring Security, which the 281st District Court initially Screened, Accepted and Granted, that Case be Remanded on Docket.

Same Should Transfer to Court of Appeals and Appellant Conklin is Entitled to Same Relief, as his Paupers Affidavit (above) were Not Dissolved or Modified by District Court.

Appellant Conklin has Equitable Ground and Standing.

2.

District Court Has Failed to Recite Such Facts as Indigency Established, and Plaintiff Conklins Inability to Pay Cost Affidavit; initially Screened, Accepted, Granted, undirected to, that His Security Remain Valid, Pursuant to 28 § 1449; and/or 28 § 1450. And Direct the Record to be Supplied by Affidavit or Otherwise Pursuant to 28 § 1452 ... Claims 'Relating' to Bankruptcy, as the District Clerks Contest is a Civil Action By a Governmental Unit, to the District Court for the District where such Civil Action is Pending, as Court of Appeals Has Jurisdiction of Such Claim or Cause of Action under 1334 of Title 28. SEE: Example, 28 § 1452 ... Claims Relating to Bankruptcy.

Appellant Conklin is Bankrupt in Debit with No Funds or Monies, to Pay Secured Creditors, Monies owed.

Arguendo — 'Relating'
        Unseen Before, Filing of this Cause of Action — "Contracting", with Defendant Wright, a Prison Law Library Staff, ~~Guardian~~, Guardian, Receiver and Representative, who Violated Prison Policy to illegally Confiscate Personal Property / Legal Materials, Notes, Drafts, Pleadings on Uniform Commercial Codes and its Application of Commercial Law. And Knowingly And intentionally, with illegal intent, Maliciously and Sadistically, wrote a Fraudulous and Malicious, Offense Report and Disciplinary Report and Hearing Record with untruth and Misrepresentation Contained in the Offense Report and Disciplinary Report and Hearing Record / a Contract(s), Communications, or offers to Contract, to induce the Disciplinary Report and Hearing Record For

THE PURPOSES OF DISCIPLINE AND PUNISHMENT IN THREE (3) DIFFERENT CASE(S), WHICH LEAD TO A DROP IN CUSTODY CLASS AND PLAINTIFF CONKLIN SUFFERING AN ATYPICAL AND SIGNIFICANT HARDSHIP IN RELATION TO EVERYDAY PRISON LIFE AND LOSS OF AMENITIES (LIBERTY INTEREST AND EQUAL PROTECTION CLAIM) WHERE A long list OF DUE PROCESS DEPRIVATIONS OCCURED DAILY, EACH SHIFT, UNTILL DISCHARGE. PLAINTIFF CONKLIN CLAIMED / ACCEPTED THESE CONTRACTS FOR THEIR VALUE / "CLAIMED", WITH A "QUALIFIED ACCEPTANCE", AND MODIFIED THEM FOR RETURN PERFORMANCE, (SEE: TERMS AND CONDITIONS:) THAT IF, CONTRACT OF PLAINTIFF CONKLIN IS EXECUTED, FOR RETURN PERFORMANCE, OF AN TERMS AND CONDITIONS:, ADDING UP COULD BANKRUPT THE STATE AND OR T.D.C.J. AND OR INSURANCE PROVIDER, UNDER THEORY / ARGUENDO AND ALLOW / MAKE WAY FOR DEATH ROW INMATES TO CONTRACT WITH THE STATE, OR T.D.C.J. NOT TO BANKRUPT THEM BY PUTTING THEM TO DEATH, USING U.C.C., WHICH CAN'T BE DONE ANYWAY? PRESUMABLY? OR CAN IT? IS A GENUINE ISSUE OR MATERIAL FACT AND SUBJECT OF APPELLANTS CONKLIN'S CONTRACT / APPEAL IN THE COURT OF APPEALS, FOR RELATING TO BANKRUPTCY, ' UNABLE TO PAY COST OR 'GIVE SECURITY.

IF I HAD MONIES I WOULD SAY, "WAITER, CHECK PLEASE."

APPELLANT CONKLIN IS A PARTY AND IS INDIGENT IN STATUS AND IS ENTITLED TO COPIES OF THE RECORD AND PROCEEDINGS IN ANY SUIT OR PROSECUTION IN A STATE COURT TO BE SUED OR SUE, PROSECUTE OR BE PROSECUTED CIVILLY OR CRIMINALLY UNDER THE NEW DISCOVERY LAW.

4

TO BE USED IN ANY COURT IN THE UNITED STATES WHERE THERE HAS BEEN AN ABUSE OF DISCRETION OF THE STATE COURT JUDGES GOVERNMENTAL POLICE OR REGULATORY POWER, TO THE DISTRICT COURT FOR THE DISTRICT WHERE SUCH CIVIL ACTION GENUINE ISSUES OF MATERIAL FACT IS PENDING AND DISTRICT COURT HAS JURISDICTION OF SUCH CLAIMS OR CAUSE OF ACTION OR PARTIES UNDER THE "UNITED STATES FLAG'S JURISDICTION", AS IT SETS HIGHER, THAN ANY OTHER FLAG IN THE WORLD. —— UNLESS APPELLANT CORNELIUS WAS UNINTENTIONALLY, UNKNOWINGLY AND IN VOLUNTARILY ENTERED INTO A MARITIME LAW CONTRACT WITHOUT HIS EXPRESS WRITTEN CONSENT. THEN THE DISTRICT CLERK AND DEFENDANT AND OR ANY GOVERNMENTAL UNIT WOULD HAVE TO PUT THAT MARITIME-LAW CONTRACT BEFORE THE COURT FOR MY INSPECTION. THEN THE COURT OR ANY OTHER COURT WOULD NOT HAVE ANY JURISDICTION OVER THE SAME.

QUESTION: DID PRESIDENT JIMMY CARTER (EXECUTOR OVER APPELLANTS BIRTH-CERTIFICATE) SELL MY BIRTH-CERTIFICATE (A CERTIFICATED SECURITY) D.O.B. 1 - 24 - 1965) REGISTERED WITH VITAL SATISTICS), DEPARTMENT OF COMMERCE)(GOVERNED BY U.C.C), DEPOSIT TRUST CLEARING CORPORATION), (UNDER RULE 12 A SECURITY OR COMMODITY) WITH L.E.D.E AND COMPANY OWNED BY THE JESUITS OUT OF ROME AND ITALY) TO CHINA IN ORDER TO PAY THE NATIONAL DEBT? IN A MARITIME LAW CONTRACT?

IF SO, THERE IS NO JURISDICTION UNDER THE CONSTITUTION AS TEXAS IS A PARTY TO THE UNION FOR WHICH IT STANDS, ONE NATION UNDER GOD / U.S. CONSTITUTION.

IF NOT, THERE IS JURISDICTION UNDER THE CONSTITUTION AS TEXAS FLIES 7 (SEVEN) FLAGS OVER TEXAS (LAREDO) AND IS A PART OF THE UNION, 50 STATES, FOR 50 STARS ON THE FLAG FOR WHICH IT STANDS AS ONE NATION UNDER GOD AND APPELLANT CONKLIN IS A CITIZEN OF TEXAS AND THE UNITED STATES OF AMERICA (THE PRIVATE CORPORATION) TEXAS AND T.D.C.J. ACCEPTS / RECIEVES FEDERAL FUNDS. FOLLOW THE MONEY OR YELLOW BRICK ROAD.

IF NOT, THEN THERE IS NO JURISDICTION AND THAT MARITIME LAW CONTRACT, THE DEFENDANT AND DISTRICT CLERK MUST PLACE SAID CONTRACT BEFORE THE COURT FOR INSPECTION AND HJR 192 APPLIES AND APPELLANT CONKLIN ACCEPTS FOR VALUE AND RETURNS FOR VALUE. SAID DISTRICT CLERK AND DEFENDANT'S CONTEST CHALLENGING 'PAUPERS OATH' AND 'REQUIRED SECURITY' FOR IT HAS NO VALUE AND THE UNITED STATES IS IN DEBT 1.7 TRILLION U.S. DOLLARS TO CHINA AND UNDER THE CONSTITUTION AN FOREIGN DEBT IS TO BE PAID IN GOLD. GOT GOLD? AND THE LAW GOES BACK TO-THE- BEGINNING, IF THERE IS NO JURISDICTION THEN APPELLANT CONKLIN IS SOVEREIGN AND SHOULD OF NEVER BEEN IN PRISON, BECAUSE IN 1938 PRESIDENT ROOSEVELT SUSPENDED THE 'GOLD STANDARD', AND ALL OF THE OFFICERS, OFFICES AND DEPARTMENTS OF THE UNITED STATES OF AMERICA (THE PRIVATE CORPORATION IN THE PRIVATE SECTOR) AND HAD TO ADMITT THAT THE UNITED STATES OF AMERICA WAS BANKRUPT, WHICH THEY AUTO-MATICALLY LOSS THEIR SOVEREIGN AUTHORITY (OVER ITS CITIZENS) AND THE U.S. IS IN OWES CHINA DEBT TO CHINA, 1.7 TRILLION U.S DOLLARS.

6.

Appellant Conklin tendered his Commercial Affidavit/Contract, IFP application(s) and Inability to Pay Cost Affidavit as his 'Required Security' and is entitled Copies of the Record in Appellant Court. To Sue and Be Sued.

There was no Trial. Yeat. But all Parties are entitled to a Jury Trial on all Genuine issues of Material Fact Law and not to be Dismissed without a Formal Motion Filed. To Dismiss, and Plaintiff Conklin has not Filed a Motion to Dismiss, nor is there one in the Record. Or Maybe that's why no one wants the Record Copied, Transferred, Certified, Delivered or Transmitted to the Court of Appeals?

Wherefore Appellant Conklin Prays State Court Record Supplied Pursuant to 28 § 1449, and or 28 § 1450 and or 28 § 1452, and or HJR 192, and or Thompkins v. Erie Railroad, S.Ct. (1938), to the 'Court of Appeals' to be Sued or Sue. Prosecute or be Prosecuted (Criminally or Civilly as there are only Distinctions between the two)

7.

# Certificate of Service

I, David Conklin, Do Hereby certify that a true and correct copy was mailed U.S. Postal Service By the Defendant Wright on July 27, 2015, and probably Held the mail for a few days up to Aug. 1st, 15. to the following:

Court of Appeals
First District
301 Fannin St
Houston, TX. 77002

District Clerk
P.O. Box 4650
201 Caroline, Ste 420
Houston TX. 77002

Vince Ryan
County Attorney
1019 Congress 15th Floor
Houston, TX. 77002

David M. Conklin

David M. Conklin #1991367
Pam Lychner
2350 Atascocita Rd
Humble, TX. 77396

David Conklin
01991367
Pam Lychner
2350 Atascocita Rd
Humble, Tx 77396

770220B699

Court of Appeals
First District
301 Fannin St.
Houston, Tx 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 30 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

29 JUL 2015 PM3 L

FOREVER USA